UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LESLIE INTRIAGO,

        Plaintiff,

    v.

PREMIERE CREDIT OF NORTH AMERICA, LLC,

        Defendant.

Case No.  14-cv-02631-JST

**ORDER DENYING STIPULATION TO STAY CASE PENDING COMPLETION OF MEDIATION**

Re: Dkt. No. 24

The Court has received the parties' stipulation requesting a stay of the case pending completion of mediation on January 30, 2015.  ECF No. 24.  While there are no Court deadlines between today's date and that one, the parties acknowledge that, if the case does not settle at mediation, they will ask to continue the deadlines in the Court's prior scheduling order.

The proposed stipulation does not demonstrate either that the Court's prior class certification deadline was unreasonable, or that in the exercise of due diligence the parties cannot complete their discovery in time to meet it.  Also, while the parties state that fact discovery regarding the merits will be time-consuming and resource-intensive, it seems likely that such discovery will enable both the parties and the Court better to evaluate the merits of any proposed settlement, if the parties reach one.   In any event, the parties have not demonstrated that that the burden of such discovery outweighs those benefits.

Accordingly, the Court concludes that the stipulation does not demonstrate good cause, and is denied.

**IT IS SO ORDERED.**

Dated: December 19, 2014

                                                      JON S. TIGAR
                                           United States District Judge