UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE INTRIAGO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PREMIERE CREDIT OF NORTH AMERICA, LLC,<br><br>    Defendant. | CASE NO. 3:14-CV-02631-JST<br><br>[PROPOSED] ORDER RE: STIPULATION AND JOINT REQUEST TO CHANGE PREVIOUSLY SELECTED ADR PROCESS TO PRIVATE MEDIATION |

Having considered the parties' stipulation and joint request to change the previously selected ADR process to private mediation, the Court rules as follows:

The request is granted. The parties shall conduct a private mediation on or before March 6, 2015.

IT IS SO ORDERED.

DATED: January 21, 2015

UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

{00027027;1}

1

[PROPOSED] ORDER
CASE NO. 3:14-CV-02631-JST