UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE INTRIAGO,<br><br>    Plaintiff,<br><br>    v.<br><br>PREMIERE CREDIT OF NORTH AMERICA, LLC,<br><br>    Defendant. | Case No.  14-cv-02631-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 31 |

The parties stated on the record on February 2, 2015, that they have settled this action. See ECF No. 31. Accordingly, all deadlines and hearings in this case are VACATED. By March 23, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on April 8, 2015, which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: February 4, 2015

_____
JON S. TIGAR
United States District Judge