UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE INTRIAGO,<br><br>    Plaintiff,<br><br>v.<br><br>PREMIERE CREDIT OF NORTH AMERICA, LLC,<br><br>    Defendant. | Case No. 14-cv-02631-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 33 |

    The parties have filed a stipulation of dismissal dated February 6, 2015, stating that they have agreed to a settlement of this action. ECF No. 33. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    This case has been dismissed with prejudice as to plaintiff Leslie Intriago. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: February 10, 2015

_____
JON S. TIGAR
United States District Judge